| | |
|---|---|
| 1 | HENRY C. BUNSOW (SBN 60707) |
|   | bunsowh@howrey.com |
| 2 | DENISE DEMORY (SBN 168076) |
|   | demoryd@howrey.com |
| 3 | BRIAN A.E. SMITH (SBN 188147) |
|   | smithbrian@howrey.com |
| 4 | COURTNEY TOWLE (SBN 221698) |
|   | towlec@howrey.com |
| 5 | **HOWREY LLP** |
|   | 525 Market Street, Suite 3600 |
| 6 | San Francisco California 94105 |
|   | Tel: 415-848-4900 |
| 7 | Fax: 415-848-4999 |
| 8 | ANDREW VALENTINE (Bar No. 162094) |
|   | andrew.valentine@dlapiper.com |
| 9 | DAVID ALBERTI (Bar No. 220625) |
|   | david.alberti@dlapiper.com |
| 10 | AARON WAINSCOAT (Bar No. 218339) |
|   | aaron.wainscoat@dlapiper.com |
| 11 | **DLA PIPER US LLP** |
|   | 2000 University Avenue |
| 12 | East Palo Alto, CA  94303-2248 |
|   | Tel: 650.833.2000 |
| 13 | Fax: 650.833.2001 |
| 14 | BRUCE H. WATROUS, JR. (Bar No. 211057) |
|   | bj.watrous@dlapiper.com |
| 15 | **DLA PIPER US LLP** |
|   | 401 B Street, Suite 1700 |
| 16 | San Diego, CA  92101-4297 |
|   | Tel:  619.699.2700 |
| 17 | Fax: 619.699.2701 |
| 18 | Attorneys for Defendant |
|   | AuthenTec, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation;  ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, | Case No. 06 CV 2138 CW |
| Plaintiffs, | **STIPULATION AND ORDER RE SUBSTITUTION OF ATTORNEY** |
| v. | |
| AUTHENTEC, INC., a Delaware corporation, | |
| Defendant. | |

HOWREY LLP

Case No.  06 CV 2138 CW
STIP AND ORDER RE SUBSTITUTION OF ATTORNEY

DM_US\8423594.v1

1  IT IS HEREY STIPULATED AND AGREED, by and between the undersigned, that DLA Piper US LLP has been substituted as attorney of record for defendant AuthenTec, Inc. in the above-entitled proceeding.  Howrey LLP shall hereafter be attorney of record.  Howrey LLP respectfully requests that copies of all papers in this proceeding to be served upon them at their offices at 525 Market Street, Suite 3600, San Francisco, CA 94105.

DATED:  January 3, 2007

| DLA PIPER US LLP | HOWREY LLP |
|---|---|
| By:  */s/ Andrew Valentine*<br>ANDREW VALENTINE<br>DAVID ALBERTI<br>AARON WAINSCOAT<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA  94303-2248<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>BRUCE H. WATROUS, JR.<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel:  619.699.2700<br>Fax: 619.699.2701 | By:  */s/ Henry C. Bunsow*<br>Henry C. Bunsow<br>*bunsowh@howrey.com*<br>Denise De Mory<br>*demoryd@howrey.com*<br>Brian A. E. Smith<br>*smithbrian@howrey.com*<br>Courtney Towle<br>*towlec@howrey.com*<br>HOWREY LLP<br>525 Market Street,<br>Suite 3600<br>San Francisco CA 94105<br>Tel: 415.848.4900<br>Fax: 415.848.4999 |

IT IS SO ORDERED.

Dated:  1/8/07

_____
THE HONORABLE CLAUDIA WILKEN

1

Case No.  06 CV 2138 CW
STIP AND ORDER RE SUBSTITUTION OF ATTORNEY

DM_US\8423594.v1