UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL** |

This matter comes before the Court on the Motion (Dkt. No. 33) of Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively "Atmel") to compel Defendant AuthenTec, Inc. ("AuthenTec") to respond to certain interrogatories and to produce documents pursuant to the Patent Local Rules.  The Court, having reviewed and considered the parties' respective briefing and arguments in this matter and all relevant factual statements therein, hereby GRANTS, in part, Plaintiffs' Motion to Compel.

Defendant AuthenTec, Inc. is hereby ORDERED to:

//

//

1. Serve and provide to Atmel narrative answers to Interrogatory Nos. 3 and 7 based on information reasonably available to and currently known by AuthenTec, without reference to Rule 33(d) of Federal Rules of Civil Procedure, by March 15, 2007;

2. Serve and provide to Atmel supplemental answers to Interrogatory Nos. 9-10 and 12 that set forth all facts and information currently known, or otherwise readily available to AuthenTec, by March 15, 2007;

3. Establish a secure site (physical or virtual) for Amtel's experts and counsel to readily and conveniently inspect, review, test, analyze and manipulate the native format of the source code for AuthenTec's accused products, subject to the provisions of the Stipulated Protective Order entered in this matter.

With respect to (3), above, the parties are ordered to meet and confer to agree to a plan and time frame for establishing the secure site, including provision of necessary software and/or computer systems; and to agree to a procedure for unlimited access to the secure site by Amtel's experts and counsel. In addition, the parties are ordered to meet and confer regarding the manner (e.g., paper copies, electronic copies, etc.) in which Amtel will be provided access to all documents identified in Patent Local Rule 3-4(a).

**IT IS SO ORDERED.**

Dated: __February 23, 2007_____

_____
Elizabeth D. Laporte
United States Magistrate Judge