| | |
|---|---|
| 1 | Edward G. Poplawski (SBN 113590) |
|   | epoplawski@sidley.com |
| 2 | Denise L. McKenzie (SBN 193313) |
|   | dmckenzie@sidley.com |
| 3 | Olivia M. Kim (SBN 228382) |
|   | okim@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, California 90013-1010 |
|   | Telephone:   (213) 896-6000 |
| 6 | Facsimile:   (213) 896-6600 |
| 7 | Attorneys for Plaintiffs, |
|   | ATMEL CORPORATION; ATMEL SWITZERLAND; |
| 8 | ATMEL FRANCE; and ATMEL SARL |
| 9 | |
|   | Henry C. Bunsow (SBN 60707) |
| 10 | bunsowh@howrey.com |
|   | Denise De Mory (SBN 168076) |
| 11 | demoryd@howrey.com |
|   | Brian A.E. Smith (SBN 188147) |
| 12 | smithbrian@howrey.com |
|   | Courtney Towle (SBN 221698) |
| 13 | towlec@howrey.com |
|   | HOWREY LLP |
| 14 | 525 Market Street, Suite 3600 |
|   | San Francisco, California 94105 |
| 15 | Telephone:   (415) 848-4900 |
|   | Facsimile:   (415) 848-4999 |
| 16 | |
|   | Attorneys for Defendant |
| 17 | AUTHENTEC, INC. |

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                              OAKLAND DIVISION

| | | |
|---|---|---|
| 21 | ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, | ) Case No. 06 CV 2138 CW |
| 22 | | ) |
| 23 | | ) **STIPULATION EXTENDING TIME TO** |
|    | Plaintiffs, | ) **FILE JOINT CLAIM CONSTRUCTION** |
| 24 | | ) **STATEMENT** |
|    | v. | ) |
| 25 | | ) |
|    | AUTHENTEC, INC., a Delaware corporation, | ) |
| 26 | | ) |
|    | Defendant. | ) |
| 27 | | ) |
| 28 | | |

**HOWREY LLP**

Case No.  06 CV 2138 CW
STIPULATION EXTENDING TIME TO FILE JOINT CLAIM
CONSTRUCTION STATEMENT
DM_US:20276843_1

1  It is hereby stipulated by and between Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel
2  France, and Atmel SARL (collectively "Atmel") and Defendant AuthenTec, Inc. ("AuthenTec") that
3  the deadline to submit the Joint Claim Construction Statement is extended to March 15, 2007 at
4  AuthenTec's request and to allow the parties additional time to meet and confer.

6  DATED:  March 12, 2007

HOWREY LLP

8  */s/ Denise DeMory*
Denise DeMory
9  HOWREY LLP
525 Market Street, Suite 3600
10 San Francisco CA 94105
Tel: 415-848-4900
11 Fax: 415-848-4999

12 Attorneys for Defendant

14 DATED:  March 12, 2007

HOWREY LLP

16 */s/ Denise L. McKenzie*
Denise L. McKenzie, Esq.
SIDLEY AUSTIN LLP
17 55 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
18 Telephone No.:  (213) 896-6000
Facsimile No.:  (213) 896-6600

Attorneys for Plaintiff

22 IT IS SO ORDERED.

3/14/07

The Honorable Claudia Wilken
United States District Judge

Case No.  06 CV 2138 CW                        1
STIPULATION EXTENDING TIME TO FILE JOINT CLAIM
CONSTRUCTION STATEMENT