UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW<br><br>**ORDER EXTENDING CLAIM CONSTRUCTION DISCOVERY DEADLINE** |

This matter comes before the Court on the Motion of Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively "Atmel) to Compel Defendant AuthenTec, Inc. ("AuthenTec") to Extend Claim Construction Discovery Deadline. Atmel's Motion is hereby GRANTED.

It is ORDERED that the claim construction discovery deadline is extended to July 9, 2007.

Dated: 4/12/07

Claudia Wilken
U.S. District Judge

**[PROPOSED] ORDER**
**C 06-02138 CW**

1

LA1 908773v.1