1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>                                   Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>                                   Defendant. | Case No.  C 06-02138 CW<br><br>**STIPULATION AND ORDER FILING AUTHENTEC'S FIRST AMENDED ANSWER AND COUNTERCLAIM**<br><br>Judge:  Hon. Claudia Wilken |
| AUTHENTEC, INC., a Delaware corporation,<br><br>                                   Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>                                   Defendants. | Case No. C 07-03331 CW<br><br>**STIPULATION AND ORDER WITHDRAWING ATMEL'S MOTION TO DISMISS**<br><br>Judge:  Hon. Claudia Wilken |

**STIPULATION AND [PROPOSED]**
**ORDER RE MOTION TO DISMISS**
**C 06-02138 CW; C 07-03331 CW**

LA1 971845v.1

1         Pursuant to Civil Local Rule 7-12 and 7-7(e), Plaintiffs-Defendants Atmel Corporation,

2 Atmel Switzerland, Atmel France, and Atmel SARL (collectively, "Atmel") and Defendant-Plaintiff

3 AuthenTec, Inc. ("AuthenTec") hereby state that they have resolved the issues related to Atmel's

4 pending Motion to Dismiss in Case No. 07-3331 [Dkt. Nos. 6 & 7] by agreeing that (i) AuthenTec

5 will not pursue its state tort claims, and (ii) Atmel will permit AuthenTec to amend its Answer and

6 Counterclaim in Case No. 06-2138 to assert the same unenforceability defenses and counterclaim as

7 asserted in AuthenTec's Reply in Case No. 07-3331 [Dkt. No. 10].

8        In view of the foregoing, the parties hereby agree and stipulate as follows:

9

10    1.  AuthenTec will not pursue any relief on the basis of its state tort claims (Counts 6-7) raised in Case No. 07-3331 and the state tort claims (Counts 6-7) shall be dismissed with prejudice.

11

12

13    2.  Atmel's Motion to Dismiss AuthenTec's Claims (Counts 5-7) Pursuant to Rule 12(b)(6) in Case No. 07-3331 [Dkt. Nos. 6 & 7] is hereby withdrawn and the hearing noticed for August 16, 2007 shall be taken off-calendar pursuant to Civil L.R. 7-7(e).

14

15

16    3.  Atmel may file its Amended Answer to the First Amended Complaint in Case No. 07-3331 within 20 days of this Order.

17

18    4.  Attached as Exhibit 1 is AuthenTec's First Amended Answer and First Amended Counterclaim, which shall be filed in Case No. 06-2138.  Atmel may file its Reply within 20 days after being served.

19

20

21

22  //

23  //

24  //

25  //

26  //

27  //

28  //

**STIPULATION AND [PROPOSED]**
**ORDER RE MOTION TO DISMISS**
**C 06-02138 CW; C 07-03331 CW**

1

1    **STIPULATED AND AGREED.**

2    DATED:  August 2, 2007                    By:   */s Olivia M. Kim*
                                                     Edward G. Poplawski
3                                                    Denise L. McKenzie
                                                     Olivia M. Kim
4                                                    SIDLEY AUSTIN LLP
                                                     555 West Fifth Street, Suite 4000
5                                                    Los Angeles, California 90013-1010
                                                     Telephone: (213) 896-6000
6                                                    Facsimile: (213) 896-6600

7

8                                                    Attorneys for Plaintiffs-Defendants
                                                     Atmel Corporation; Atmel Switzerland;
9                                                    Atmel France; and Atmel SARL

10

11   DATED:  August 2, 2007                    By:   *s/ Denise De Mory*
                                                     Henry C. Bunsow
12                                                   Denise De Mory
                                                     Brian A.E. Smith
13                                                   HOWREY LLP
                                                     525 Market Street, Suite 3600
14                                                   San Francisco, California 94105
                                                     Telephone: (415) 848-4900
15                                                   Facsimile: (415) 848-4999

16

17                                                   Attorneys for Defendant-Plaintiff
                                                     AuthenTec, Inc.

18                              **ATTESTATION AS TO CONCURRENCE**

19
         I, Olivia M. Kim, under penalty of perjury of the laws of the United States of America, attest
20
     that concurrence in the filing of this document has been obtained from each of the other signatories
21
     to this document.
22
                                                     */s Olivia M. Kim*
                                                     Olivia M. Kim
23

24

25                      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26            August 8
     Dated: _____, 2007          _____
27
                                                     HON. CLAUDIA WILKEN
                                               JUDGE, UNITED STATES DISTRICT COURT
28

**STIPULATION AND [PROPOSED]**                        2
**ORDER RE MOTION TO DISMISS**
**C 06-02138 CW; C 07-03331 CW**

LA1 971845v.1