IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>AUTHENTEC INC,<br><br>          Defendant._____/ | No. C-06-02138 CW (EDL)<br><br>**ORDER GRANTING IN PART MOTION TO SHORTEN TIME AND SETTING HEARING DATE FOR PLAINTIFF'S MOTION TO EXTEND DATES** |

On August 10, 2007, Defendant filed a motion to shorten time to hear three discovery motions that were filed on August 3, 2007 and August 8, 2007. Defendant proposed a shortened hearing date of August 21, 2007. On August 15, 2007, Plaintiff opposed the motion to shorten time.

There is no good cause to hear these discovery motions on August 21, 2007. However, there is good cause to shorten time to hear all of these motions on one date. Accordingly, the Court will hear Defendant's Motion to Compel Production of Documents, Production of Witnesses for Deposition and Extend Defendant's Fact Discovery Period, Motion to Compel Allegedly Privileged Documents, Motion to Compel Complete Responses to Interrogatories, and Plaintiff's Motion to Extend Dates on September 11, 2007 at 2:00 p.m. Oppositions shall be filed no later than August 23, 2007. Replies shall be filed no later than August 28, 2007.

**IT IS SO ORDERED.**

Dated: August 20, 2007

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge