1   Henry C. Bunsow (SBN 60707)
    bunsowh@howrey.com
2   Denise De Mory (SBN 168076)
    demoryd@howrey.com
3   Brian A.E. Smith (SBN 188147)
    smithbrian@howrey.com
4   HOWREY LLP
    525 Market Street, Suite 3600
5   San Francisco California 94105
    Telephone: (415) 848-4900
6   Facsimile: (415) 848-4999

7

8   Attorneys for Defendant
    AuthenTec, Inc.

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12  ATMEL CORPORATION, a Delaware          Case No. 06 CV 2138 CW
    corporation; ATMEL SWITZERLAND, a
13  corporation;  ATMEL FRANCE, a corporation;
    and ATMEL SARL, a corporation,          **REQUEST FOR INTERNATIONAL**
14                                          **JUDICIAL ASSISTANCE PURSUANT TO**
                Plaintiffs,                 **THE HAGUE CONVENTION THE TAKING**
15                                          **OF EVIDENCE ABROAD IN CIVIL OR**
         v.                                 **COMMERCIAL MATTERS**
16                                          **(HAGUE CONVENTION #20)**
    AUTHENTEC, INC., a Delaware corporation,
17
                Defendant.
18

19  **IDENTITY AND ADDRESS OF THE APPLICANT:**

20          Honorable Elizabeth Laporte
            United States District Court for the Northern District of California
21          San Francisco Division
            Courtroom E, 15th Floor
22          450 Golden Gate Avenue
            San Francisco, CA 94102
23
    **CENTRAL AUTHORITY OF THE RECEIVING STATE:**
24
            M. Michel RISPE
25          Ministère de la Justice
            Direction des Affaires Civiles et du Sceau
26          Bureau de l'entraide civile et commerciale internationale (D3)
            13, Place Vendôme
27          75042 Paris Cedex 01
            FRANCE
28          Téléphone: 33 (1) 44 77 66 34

1    In conformity with Article 3 of Hague Convention #20, the undersigned applicant has the honor

2  and judicial authority to submit this request on behalf of the Defendants in the above-entitled action.

3    The United States District Court, for the Northern District of California, by and through the

4  Honorable Elizabeth Laporte, presents its compliments to the judicial authorities of France, and

5  requests international judicial assistance to obtain evidence to be used in a civil proceeding before this

6  court in the above-captioned matter.

7    A trial on this matter is currently scheduled to take place in California.  This court requests the

8  assistance described herein as necessary in the interests of justice.

9    Below are the names of all parties in this matter and their representatives:

| Party | Legal Representative |
|---|---|
| **PLAINTIFFS:**<br>Atmel Corporation<br>Atmel Switzerland<br>Atmel France<br>Atmel SARL<br>By and through counsel:<br>Denise McKenzie, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013-1010<br>United States of America<br>Telephone (213) 896-6000 | Denise McKenzie, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013-1010<br>United States of America<br>Telephone (213) 896-6000 |
| **DEFENDANTS:**<br>AuthenTec, Inc.<br>By and through counsel:<br>Denise De Mory, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, California, 94105<br>United States of America<br>Telephone (415) 848-4900 | Henry C. Bunsow, Esq.<br>Denise De Mory, Esq.<br>Brian A.E. Smith, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, California, 94105<br>United States of America<br>Telephone (415) 848-4900<br>Fax (415) 848-4999 |

22 **REPRESENTATIVE TO ACT ON BEHALF OF DEFENDANTS:**

23    It is requested that should contact or correspondence with Defendants in this matter be

24  required, the following individual is appointed in this matter to represent Defendants:

25      Denise De Mory, Esq.
        Howrey LLP
26      525 Market Street, Suite 3600
        San Francisco, California, 94105
27      United States of America
        Telephone (415) 848-4900
28      Fax (415) 848-4999

HOWREY LLP

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**Thales Research & Technology, France** - FRANCE

2

1 | **ENTITY FROM WHOM EVIDENCE IS REQUESTED**:

2 | **Thales Research & Technology, France**
Route départementale 128
3 | 91767, Palaiseau cedex
France

4 |

5 | It is believed that **Thales Research & Technology, France** is a business entity registered to do

6 | business in France.

7 | **SUBJECT MATTER AND RELATIVITY OF THIS REQUEST**:

8 | Atmel filed a complaint against AuthenTec, Inc. ("AuthenTec") in the United States District

9 | Court for the Northern District of California alleging patent infringement ("Atmel Lawsuit").  The two

10 | patents asserted against AuthenTec relate to fingerprint sensors.  Based on documents that AuthenTec

11 | has received in this case, AuthenTec believes that the two patents asserted by Atmel may be invalid

12 | due to inventorship by another and/or an on sale bar.  AuthenTec believes that evidence of prior

13 | inventorship and/or an on sale bar is in the possession, custody and control of **Thales Research &**

14 | **Technology, France**, in part, because Atmel has produced documents authored by the inventor of the

15 | asserted patents referencing **Thales Research & Technology, France**.  AuthenTec also believes that

16 | the inventor of the asserted patents was employed by a predecessor company to **Thales Research &**

17 | **Technology, France.**  The requested documents and information from **Thales Research &**

18 | **Technology, France** are therefore relevant to and necessary for trial of this case.

19 | **SPECIFIC REQUESTS**:

20 | The District Court respectfully requests that these documents and information be produced

21 | quickly, but if at all possible within 30 days after receipt of this request, at a place and time designated

22 | by the French court having competent jurisdiction over this request.

23 | In view of the foregoing, we therefore request, in the interest of justice, that you issue an order

24 | for the acquisition of the evidence requested below, in accordance with the laws and procedures of the

25 | courts of France, and summon the appropriate employee, director, officer or other appropriate

26 | representative of **Thales Research & Technology, France,** in possession or control of the evidence

27 | requested, to submit the evidence requested to a duly appointed authority in France, in an expeditious

28 | manner, for examination by the below signed authority.

HOWREY LLP

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**Thales Research & Technology, France** - FRANCE                                    3

1  **EVIDENCE TO BE OBTAINED:**

2      **A.    Definitions.**

3      In addition to the abbreviated terms identified above, for the purposes of this request:

4      (1) the terms "you" and "your" mean **Thales Research & Technology, France**, including,

5  without limitation, all predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents,

6  sisters, partnerships and affiliates thereof, and all directors, officers, agents, employees, attorneys, and

7  other persons acting on their behalf;

8      (2) the term "Thompson-CSF" means Thomson-CSF and all predecessors (merged, acquired, or

9  otherwise) successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, including but

10  not limited to IDmatics and Laboratoire Central de Recherches, and all directors, officers, agents,

11  employees, attorneys, and other persons acting on their behalf;

12      (3) the term "Thomson-CSF Semiconductuers Specifiques" means Thomson-CSF

13  Semiconductuers Specifiques, including but not limited to Atmel Grenoble, and all predecessors

14  (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, partnerships and affiliates

15  thereof, and all directors, officers, agents, employees, attorneys, and other persons acting on their

16  behalf;

17      (4) the term "Atmel" means Atmel Corporation, Atmel SARL, Atmel France, Atmel

18  Switzerland, Atmel Grenoble and all predecessors (merged, acquired, or otherwise), successors,

19  subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers, agents,

20  employees, attorneys, and other persons acting on their behalf.

21      (5) the term "fingerprint sensor" means all mechanical, electronic, optical, electro-optical,

22  capacitive, reflection, RF, pressure, temperature, ultrasound, and micro-electro-mechanical systems

23  and devices designed to read a fingerprint for authenticating individuals, including but not limited to

24  all prototypes and experiments related to such sensors and further including but not limited to strip

25  and/or swipe sensors;

26      (6) the term "fingerprint sensing technologies" means all hardware, software, and other

27  components that may be incorporated into or work in conjunction with a fingerprint sensor, including

28  but not limited to electronic circuitry, microchips, elements, conductive layers, and algorithms further

HOWREY LLP

1  including but not limited to image stitching algorithms;

2      (7) the word "document" includes any written, printed, typed, recorded, computerized,

3  electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not

4  limited to all materials that constitute "writings," "recordings," "photographs," "source code" or

5  "executable code" within the broadest meaning of Rule 1001 of the Federal Rules of Evidence and all

6  materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of

7  Civil Procedure.  The word "document" includes, without limitation, printed matter, electronic mail,

8  materials stored on computer hard drives, diskettes, tapes, any other computer media, and any other

9  information stored magnetically, optically or in any electronic medium and/or form;

10      (8) the term "communication" includes, without limitation, communications by whatever

11  means transmitted (i.e., whether oral, written, electronic or other methods used), as well as any note,

12  memorandum or other record thereof;

13      (9) the term "FingerChip" means the fingerprint sensor manufactured by the Atmel

14  Corporation, including but not limited to the fingerprint sensing technologies developed by Jean-

15  Francois Mainguet and incorporated into the FingerChip product.

16      **B.      Documents requested.**

17      The District Court requests the production of the following documents, which are in the

18  possession, custody, or control of **Thales Research & Technology, France**:

19      1.  Documents relating to or referring to United States Patent No. 6,289,114 ("the '114 patent)

20  or United States Patent No. 6,459,804 ("the '804 patent") titled "Fingerprint-Reading System."

21      2.  Documents relating to or referring to fingerprint sensors and/or fingerprint sensing

22  technologies consisting of: (1) sensors with a surface area smaller than the surface area of a finger,

23  and/or (2) combining partial fingerprint images to create a more complete fingerprint image, and/or (3)

24  collection of fingerprint data by movement of a finger over a fingerprint sensor, including but not

25  limited to publications, articles, patents, patent applications, schematics, lab notebooks, and manuals.

26      3.  Documents relating to or referring to communications prior to June 5, 1997 between you

27  and Jean-Francois Mainguet, or any other person employed by or associated with Thomson-CSF

28  and/or Thomson-CSF Semiconductuers Specifiques, concerning fingerprint sensors and fingerprint

HOWREY LLP

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**Thales Research & Technology, France** - FRANCE

5

1  sensing technologies, including but not limited to FingerChip.

2      4. Documents related to or referring to collaboration between Mr. Rajenbach and Jean-
3  Francois Mainguet concerning fingerprint recognition algorithms, fingerprint sensors, and/or
4  fingerprinting technologies.

5      5. Documents relating to or referring to communications between you and Thomson-CSF,
6  Thomson-CSF Semiconducteurs Specifiques, and/or Atmel concerning licensing, offers to license,
7  infringement, invalidity and/or that affect in any way rights related to the '804 patent and/or the '114
8  patent.

9      6. Documents relating to or referring to communications evidencing existence of an attorney-
10 client relationship and/or privilege between you and Atmel.

11      7. Documents evidencing any rights you have in the '804 patent and/or '114 patent.

12      8. Documents relating to or referring to communications between you and Atmel concerning
13 fingerprint sensors and fingerprint sensing technologies.

14      The documents and information requested above are for use as evidence in the Atmel Lawsuit,
15 including for use at trial.  This Court makes this request to secure production of documents and
16 information from **Thales Research & Technology, France**, which resides in the jurisdiction of
17 France, and this Court confirms that this is proper and necessary to request since it relates to
18 AuthenTec's counterclaims and defenses and is necessary for a fair resolution of issues at trial.

19      It is requested that should any portion of this request, or subject questions as described below,
20 be denied on legal grounds, that such denial not affect the remainder of this request.

21      It is requested that any evidence produced be marked, attested, properly sealed by the
22 appropriate authorities of France and returned through appropriate channels to the below signed
23 authority

24      Defendant AuthenTec, through counsel Howrey LLP (525 Market Street, Suite 3600, San
25 Francisco, California 91405, United States of America, Telephone: (415) 848-4900), will reimburse
26 the appropriate judicial authorities in France, for all costs incurred in executing the below signed
27 judicial authority's request for international judicial assistance.

28

**HOWREY LLP**

Request for International Judicial Assistance Pursuant to Hague Convention #20                                6
Case No. 06 CV 2138 CW
**Thales Research & Technology, France** - FRANCE

1    When required, the below signed judicial authority shall provide reciprocal assistance, such as

2  requested herein, to the appropriate judicial authorities of France.

3    The United States District Court for the Northern District of California extends the assurance of

4  its highest consideration to the judicial authorities of France.

5  Date of Request: _____, 2007.

6

7                                By:    _____

8                                       HON. ELIZABETH LAPORTE
                                        UNITED STATES DISTRICT COURT JUDGE
9                                       United States District Court
                                        Northern District of California
10                                      San Francisco Division
                                        Courtroom E, 15th Floor
11                                      450 Golden Gate Avenue
                                        San Francisco, CA 94102

12

13     [Seal]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

Request for International Judicial Assistance Pursuant to Hague Convention #20                    7
Case No. 06 CV 2138 CW
**Thales Research & Technology, France** - FRANCE