1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise De Mory (SBN 168076)
   demoryd@howrey.com
3  Brian A.E. Smith (SBN 188147)
   smithbrian@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco California 94105
   Telephone: (415) 848-4900
6  Facsimile: (415) 848-4999

7

8  Attorneys for Defendant
   AuthenTec, Inc.

**FILED**

SEP 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12  ATMEL CORPORATION, a Delaware          Case No. 06 CV 2138 CW
    corporation; ATMEL SWITZERLAND, a
13  corporation;  ATMEL FRANCE, a corporation;
    and ATMEL SARL, a corporation,         **REQUEST FOR INTERNATIONAL**
14                                          **JUDICIAL ASSISTANCE PURSUANT TO**
                  Plaintiffs,               **THE HAGUE CONVENTION THE TAKING**
15                                          **OF EVIDENCE ABROAD IN CIVIL OR**
         v.                                 **COMMERCIAL MATTERS**
16                                          **(HAGUE CONVENTION #20)**
    AUTHENTEC, INC., a Delaware corporation,
17
                  Defendant.
18

19  IDENTITY AND ADDRESS OF THE APPLICANT:

20       Honorable Elizabeth Laporte
         United States District Court for the Northern District of California
21       San Francisco Division
         Courtroom E, 15th Floor
22       450 Golden Gate Avenue
         San Francisco, CA 94102
23
    CENTRAL AUTHORITY OF THE RECEIVING STATE:
24
         The Royal Ministry of Justice and Police
25       Department of Civil Affairs
         P.O. Box 8005 Dep
26       0030 OSLO
         NORWAY
27       Telephone: 47 2224 5451

28

1      In conformity with Article 3 of Hague Convention #20, the undersigned applicant has the honor

2 and judicial authority to submit this request on behalf of the Defendants in the above-entitled action.

3      The United States District Court, for the Northern District of California, by and through the

4 Honorable Elizabeth Laporte, presents its compliments to the judicial authorities of Norway, and

5 requests international judicial assistance to obtain evidence to be used in a civil proceeding before this

6 court in the above-captioned matter.

7      A trial on this matter is currently scheduled to take place in California.  This court requests the

8 assistance described herein as necessary in the interests of justice.

9      Below are the names of all parties in this matter and their representatives:

| Party | Legal Representative |
|---|---|
| PLAINTIFFS:<br>Atmel Corporation<br>Atmel Switzerland<br>Atmel France<br>Atmel SARL<br>By and through counsel:<br>Denise McKenzie, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013-1010<br>United States of America<br>Telephone (213) 896-6000 | Denise McKenzie, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013-1010<br>United States of America<br>Telephone (213) 896-6000 |
| DEFENDANTS:<br>AuthenTec, Inc.<br>By and through counsel:<br>Denise De Mory, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, California, 94105<br>United States of America<br>Telephone (415) 848-4900 | Henry C. Bunsow, Esq.<br>Denise De Mory, Esq.<br>Brian A.E. Smith, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, California, 94105<br>United States of America<br>Telephone (415) 848-4900<br>Fax (415) 848-4999 |

**REPRESENTATIVE TO ACT ON BEHALF OF DEFENDANTS:**

     It is requested that should contact or correspondence with Defendants in this matter be

required, the following individual is appointed in this matter to represent Defendants:

     Denise De Mory, Esq.
     Howrey LLP
     525 Market Street, Suite 3600
     San Francisco, California, 94105
     United States of America
     Telephone (415) 848-4900
     Fax (415) 848-4999

HOWREY LLP

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**SINTEF** - NORWAY
DM_US:20664397_1

2

1  **ENTITY FROM WHOM EVIDENCE IS REQUESTED:**

2  **SINTEF**
   Strindveien 4
3  NO-7465, Trondheim
   Norway
4  Telephone 47 73 59 30 00
   Fax: 47 73 59 33 50
5
   It is believed that **SINTEF** is a business entity registered to do business in Norway.
6

7  **SUBJECT MATTER AND RELATIVITY OF THIS REQUEST:**

8      Atmel filed a complaint against AuthenTec, Inc. ("AuthenTec") in the United States District

9  Court for the Northern District of California alleging patent infringement ("Atmel Lawsuit").  The two

10  patents asserted against AuthenTec relate to fingerprint sensors and fingerprint sensing technologies.

11  Based on documents that AuthenTec has received in this case, AuthenTec believes that the two patents

12  asserted by Atmel may be invalid due to inventorship by another and/or an on sale bar.  AuthenTec

13  believes that evidence of prior inventorship and/or an on sale bar is in the possession, custody, and

14  control of **SINTEF**, in part, because Atmel has produced documents authored by the inventor of the

15  asserted patents referencing **SINTEF**.  The requested documents and information from **SINTEF** are

16  therefore relevant to and necessary for trial of this case.

17  **SPECIFIC REQUESTS:**

18      The District Court respectfully requests that these documents and information be produced

19  quickly, but if at all possible within 30 days after receipt of this request, at a place and time designated

20  by the Norwegian court having competent jurisdiction over this request.

21      In view of the foregoing, we therefore request, in the interest of justice, that you issue an order

22  for the acquisition of the evidence requested below, in accordance with the laws and procedures of the

23  courts of Norway, and summon the appropriate employee, director, officer or other appropriate

24  representative of **SINTEF**, in possession or control of the evidence requested, to submit the evidence

25  requested to a duly appointed authority in Norway, in an expeditious manner, for examination by the

26  below signed authority.

27

28

HOWREY LLP

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**SINTEF** - NORWAY
DM_US:20664397_1

3

1  **EVIDENCE TO BE OBTAINED:**

2      **A.    Definitions.**

3      In addition to the abbreviated terms identified above, for the purposes of this request:

4      (1) the terms "you" and "your" mean **SINTEF**, including, without limitation, all predecessors

5  (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, partnerships and affiliates

6  thereof, and all directors, officers, agents, employees, attorneys, and other persons acting on their

7  behalf;

8      (2) the term "Thompson-CSF" means Thomson-CSF and all predecessors (merged, acquired, or

9  otherwise) successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, including but

10  not limited to IDmatics, Laboratoire Central de Recherches, and Thomson-CSF Semiconducteurs

11  Specifiques and all directors, officers, agents, employees, attorneys, and other persons acting on their

12  behalf;

13      (3) the term "IDEX" means IDEX and all predecessors (merged, acquired, or otherwise)

14  successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers,

15  agents, employees, attorneys, and other persons acting on their behalf;

16      (4) the term "STMicroelectronics" means STMicroelectronics and all predecessors (merged,

17  acquired, or otherwise) successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and

18  all directors, officers, agents, employees, attorneys, and other persons acting on their behalf;

19      (5) the term "Atmel" means Atmel Corporation, Atmel SARL, Atmel France, Atmel

20  Switzerland, Atmel Grenoble and all predecessors (merged, acquired, or otherwise), successors,

21  subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers, agents,

22  employees, attorneys, and other persons acting on their behalf.

23      (6) the term "Thales" means the Thales Group and all predecessors (merged, acquired, or

24  otherwise), successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and all

25  directors, officers, agents, employees, attorneys, and other persons acting on their behalf.

26      (7) the term "fingerprint sensor" means all mechanical, electronic, optical, electro-optical,

27  capacitive, reflection, RF, pressure, temperature, ultrasound, and micro-electro-mechanical systems

28

HOWREY LLP | Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**SINTEF** - NORWAY
DM_US:20664397_1

4

1  and devices designed to read a fingerprint for authenticating individuals, including but not limited to
2  all prototypes and experiments related to such sensors and further including but not limited to strip
3  and/or swipe sensors;

4      (8) the term "fingerprint sensing technologies" means all hardware, software, and other
5  components that may be incorporated into or work in conjunction with a fingerprint sensor, including
6  but not limited to electronic circuitry, microchips, elements, conductive layers, and algorithms, further
7  including but not limited to image stitching algorithms;

8      (9) the word "document" includes any written, printed, typed, recorded, computerized,
9  electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not
10  limited to all materials that constitute "writings," "recordings," "photographs," "source code" or
11  "executable code" within the broadest meaning of Rule 1001 of the Federal Rules of Evidence and all
12  materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of
13  Civil Procedure.  The word "document" includes, without limitation, printed matter, electronic mail,
14  materials stored on computer hard drives, diskettes, tapes, any other computer media, and any other
15  information stored magnetically, optically or in any electronic medium and/or form;

16      (10) the term "communication" includes, without limitation, communications by whatever
17  means transmitted (i.e., whether oral, written, electronic or other methods used), as well as any note,
18  memorandum or other record thereof;

19      (11) the term "FingerChip" means the fingerprint sensor manufactured by the Atmel
20  Corporation, including but not limited to fingerprint sensing technologies developed by Jean-Francois
21  Mainguet and incorporated into the FingerChip product.

22      (12) the term "SmartFinger" means the fingerprint sensing technologies developed by **SINTEF**
23  in cooperation with companies named IDEX and STMicroelectronics.

24      **B.      Documents requested.**

25      The District Court requests the production of the following documents, which are in the
26  possession, custody, or control of **SINTEF**:

27

28

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**SINTEF** - NORWAY
DM_US:20664397_1

5

1. Documents relating to or referring to your communications prior to January 1, 1999 with IDEX and/or STMicroelectronics concerning fingerprint sensors and/or fingerprint sensing technologies, including but not limited to SmartFinger.

2. Documents relating to or referring to part or prototype number IF120 and dated before January 1, 1999, including but not limited to all documents concerning the design, development, and testing of part or prototype number IF120.

3. Documents relating to or referring to United States Patent No. 6,289,114 ("the '114 patent) or United States Patent No. 6,459,804 ("the '804 patent") titled "Fingerprint-Reading System."

4. Documents relating to or referring to fingerprint sensors and/or fingerprint sensing technologies consisting of: (1) sensors with a surface area smaller than the surface area of a finger, and/or (2) combining partial fingerprint images to create a more complete fingerprint image, and/or (3) collection of fingerprint data by movement of a finger over a fingerprint sensor, including but not limited to publications, articles, patents, patent applications, schematics, lab notebooks, and manuals.

5. Documents relating to or referring to communications prior to June 5, 1997 between you and Jean-Francois Mainguet, or any other person employed by or associated with Thomson-CSF, concerning fingerprint sensors and fingerprint sensing technologies, including but not limited to FingerChip and SmartFinger.

6. Documents relating to or referring to communications between you and Thomson-CSF, Atmel, and/or Thales concerning licensing, offers to license, infringement, invalidity and/or that affect in any way rights related to the '804 patent and/or the '114 patent.

The documents and information requested above are for use as evidence in the Atmel Lawsuit, including for use at trial. This Court makes this request to secure production of documents and information from **SINTEF** which resides in the jurisdiction of Norway, and this Court confirms that this is proper and necessary to request since it relates to AuthenTec's counterclaims and defenses and is necessary for a fair resolution of issues at trial.

It is requested that should any portion of this request be denied on legal grounds, that such denial not affect the remainder of this request.

1    It is requested that any evidence produced be marked, attested, properly sealed by the

2  appropriate authorities of Norway and returned through appropriate channels to the below signed

3  authority.

4    Defendant AuthenTec, through counsel Howrey LLP (525 Market Street, Suite 3600, San

5  Francisco, California 91405, United States of America, Telephone: (415) 848-4900), will reimburse

6  the appropriate judicial authorities in Norway for all costs incurred in executing the below signed

7  judicial authority's request for international judicial assistance.

8    When required, the below signed judicial authority shall provide reciprocal assistance, such as

9  requested herein, to the appropriate judicial authorities of Norway.

10    The United States District Court for the Northern District of California extends the assurance of

11  its highest consideration to the judicial authorities of Norway.

12  Date of Request:  _Sept 14_ , 2007.

13

14                    By:  _Elizn D Laport_

15                         HON. ELIZABETH LAPORTE
                          UNITED STATES DISTRICT COURT JUDGE
16                         United States District Court
                          Northern District of California
17                         San Francisco Division
                          Courtroom E, 15th Floor
18                         450 Golden Gate Avenue
                          San Francisco, CA 94102

19

20       [Seal]

21

22

23

24

25

26

27

28

**HOWREY LLP**  Request for International Judicial Assistance Pursuant to Hague Convention #20
             Case No. 06 CV 2138 CW
             **SINTEF - NORWAY**
             DM_US:20664397_1

                                                                          7