1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise De Mory (SBN 168076)
   demoryd@howrey.com
3  Brian A.E. Smith (SBN 188147)
   smithbrian@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco California 94105
   Telephone:  (415) 848-4900
6  Facsimile:  (415) 848-4999

7
   Attorneys for Defendant
8  AuthenTec, Inc.

**FILED**

**SEP 1 7 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

| | |
|---|---|
| 12  ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a | Case No. 06 CV 2138 CW |
| 13  corporation;  ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, | |
| 14                     Plaintiffs, | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION THE TAKING** |
| 15        v. | **OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** |
| 16  AUTHENTEC, INC., a Delaware corporation, | **(HAGUE CONVENTION #20)** |
| 17                     Defendant. | |
| 18 | |

19  **IDENTITY AND ADDRESS OF THE APPLICANT:**

20        Honorable Elizabeth Laporte
          United States District Court for the Northern District of California
21        San Francisco Division
          Courtroom E, 15th Floorfc
22        450 Golden Gate Avenue
          San Francisco, CA 94102
23
     **CENTRAL AUTHORITY OF THE RECEIVING STATE:**
24
25        The Royal Ministry of Justice and Police
          Department of Civil Affairs
26        P.O. Box 8005 Dep
          0030 OSLO
27        NORWAY
          Telephone: 47 2224 5451
28

1    In conformity with Article 3 of Hague Convention #20, the undersigned applicant has the honor

2  and judicial authority to submit this request on behalf of the Defendants in the above-entitled action.

3    The United States District Court, for the Northern District of California, by and through the

4  Honorable Elizabeth Laporte, presents its compliments to the judicial authorities of Norway, and

5  requests international judicial assistance to obtain evidence to be used in a civil proceeding before this

6  court in the above-captioned matter.

7    A trial on this matter is currently scheduled to take place in California. This court requests the

8  assistance described herein as necessary in the interests of justice.

9    Below are the names of all parties in this matter and their representatives:

| Party | Legal Representative |
|---|---|
| **PLAINTIFFS:**<br>Atmel Corporation<br>Atmel Switzerland<br>Atmel France<br>Atmel SARL<br>By and through counsel:<br>Denise McKenzie, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013-1010<br>United States of America<br>Telephone (213) 896-6000 | Denise McKenzie, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013-1010<br>United States of America<br>Telephone (213) 896-6000 |
| **DEFENDANTS:**<br>AuthenTec, Inc.<br>By and through counsel:<br>Denise De Mory, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, California, 94105<br>United States of America<br>Telephone (415) 848-4900 | Henry C. Bunsow, Esq.<br>Denise De Mory, Esq.<br>Brian A.E. Smith, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, California, 94105<br>United States of America<br>Telephone (415) 848-4900<br>Fax (415) 848-4999 |

22  **REPRESENTATIVE TO ACT ON BEHALF OF DEFENDANTS:**

23    It is requested that should contact or correspondence with Defendants in this matter be

24  required, the following individual is appointed in this matter to represent Defendants:

25    Denise De Mory, Esq.
    Howrey LLP
26    525 Market Street, Suite 3600
    San Francisco, California, 94105
27    United States of America
    Telephone (415) 848-4900
28    Fax (415) 848-4999

**ENTITY FROM WHOM EVIDENCE IS REQUESTED**:

> **IDEX**
> Snarøyveien 30
> NO-1331, Fornebu
> Norway
> Telephone 47 67 83 91 19

> It is believed that **IDEX** is a business entity registered to do business in Norway.

**SUBJECT MATTER AND RELATIVITY OF THIS REQUEST**:

Atmel filed a complaint against AuthenTec, Inc. ("AuthenTec") in the United States District Court for the Northern District of California alleging patent infringement ("Atmel Lawsuit"). The two patents asserted against AuthenTec relate to fingerprint sensors. Based on documents that AuthenTec has received in this case, AuthenTec believes that the two patents asserted by Atmel may be invalid due to inventorship by another and/or an on sale bar. AuthenTec believes that evidence of prior inventorship and/or an on sale bar is in the possession, custody and control of **IDEX**, in part, because Atmel has produced documents authored by the inventor of the asserted patents referencing **IDEX**. The requested documents and information from **IDEX** are therefore relevant to and necessary for trial of this case.

**SPECIFIC REQUESTS**:

The District Court respectfully requests that these documents and information be produced quickly, but if at all possible within 30 days after receipt of this request, at a place and time designated by the Norwegian court having competent jurisdiction over this request.

In view of the foregoing, we therefore request, in the interest of justice, that you issue an order for the acquisition of the evidence requested below, in accordance with the laws and procedures of the courts of Norway, and summon the appropriate employee, director, officer or other appropriate representative of **IDEX,** in possession or control of the evidence requested, to submit the evidence requested to a duly appointed authority in Norway, in an expeditious manner, for examination by the below signed authority.

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**IDEX** - NORWAY
DM_US:20640077_1

3

**EVIDENCE TO BE OBTAINED:**

**A.      Definitions.**

In addition to the abbreviated terms identified above, for the purposes of this request:

(1) the terms "you" and "your" mean **IDEX**, including, without limitation, all predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers, agents, employees, attorneys, and other persons acting on their behalf;

(2) the term "Thompson-CSF" means Thomson-CSF and all predecessors (merged, acquired, or otherwise) successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, including but not limited to IDmatics, Laboratoire Central de Recherches, and Thomson-CFS Semiconductuers Specifiques, and all directors, officers, agents, employees, attorneys, and other persons acting on their behalf;

(3) the term "SINTEF" means SINTEF and all predecessors (merged, acquired, or otherwise) successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers, agents, employees, attorneys, and other persons acting on their behalf;

(4) the term "STMicroelectronics" means STMicroelectronics and all predecessors (merged, acquired, or otherwise) successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers, agents, employees, attorneys, and other persons acting on their behalf;

(5) the term "Atmel" means Atmel Corporation, Atmel SARL, Atmel France, Atmel Switzerland, Atmel Grenoble and all predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers, agents, employees, attorneys, and other persons acting on their behalf.

(6) the term "Thales" means the Thales Group and all predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, partnerships and affiliates thereof, and all directors, officers, agents, employees, attorneys, and other persons acting on their behalf.

(7) the term "fingerprint sensor" means all mechanical, electronic, optical, electro-optical, capacitive, reflection, RF, pressure, temperature, ultrasound, and micro-electro-mechanical systems

and devices designed to read a fingerprint for authenticating individuals, including but not limited to all prototypes and experiments related to such sensors and further including but not limited to strip and/or swipe sensors;

(8) the term "fingerprint sensing technologies" means all hardware, software, and other components that may be incorporated into or work in conjunction with a fingerprint sensor, including but not limited to electronic circuitry, microchips, elements, conductive layers, and algorithms, further including but not limited to image stitching algorithms;

(9) the word "document" includes any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to all materials that constitute "writings," "recordings," "photographs," "source code" or "executable code" within the broadest meaning of Rule 1001 of the Federal Rules of Evidence and all materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure.  The word "document" includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, and any other information stored magnetically, optically or in any electronic medium and/or form;

(10) the term "communication" includes, without limitation, communications by whatever means transmitted (i.e., whether oral, written, electronic or other methods used), as well as any note, memorandum or other record thereof;

(11) the term "FingerChip" means the fingerprint sensor manufactured by the Atmel Corporation, including but not limited to the fingerprint sensing technologies developed by Jean-Francois Mainguet and incorporated into the FingerChip product.

(12) the term "SmartFinger" means the fingerprint sensing technologies developed by **IDEX** in cooperation with entities named SINTEF and STMicroelectronics.

**B.    Documents requested.**

The District Court requests the production of the following documents, which are in the possession, custody, or control of **IDEX**:

1    1. Documents relating to or referring to your communications prior to January 1, 1999 with

2    SINTEF and/or STMicroelectronics concerning fingerprint sensors and/or fingerprint sensing

3    technologies, including but not limited to SmartFinger.

4    2. Documents relating to or referring to part or prototype number IF120 dated before January

5    1, 1999, including but not limited to all documents concerning the design, development, and testing of

6    part or prototype number IF120.

7    3. Documents relating to or referring to United States Patent No. 6,289,114 ("the '114 patent)

8    or United States Patent No. 6,459,804 ("the '804 patent") titled "Fingerprint-Reading System."

9    4. Documents relating to or referring to fingerprint sensors and/or fingerprint sensing

10   technologies consisting of: (1) sensors with a surface area smaller than the surface area of a finger,

11   and/or (2) combining partial fingerprint images to create a more complete fingerprint image, and/or (3)

12   collection of fingerprint data by movement of a finger over a fingerprint sensor, including but not

13   limited to publications, articles, patents, patent applications, schematics, lab notebooks, and manuals.

14   5. Documents relating to or referring to communications prior to June 5, 1997 between you

15   and Jean-Francois Mainguet, or any other person employed by or associated with Thomson-CSF,

16   concerning fingerprint sensors and fingerprint sensing technologies, including but not limited to

17   FingerChip and SmartFinger.

18   6. Documents relating to or referring to communications between you and Thomson-CSF,

19   Atmel, and/or Thales concerning licensing, offers to license, infringement, invalidity and/or that affect

20   in any way rights related to the '804 patent and/or the '114 patent.

21       The documents and information requested above are for use as evidence in the Atmel Lawsuit,

22   including for use at trial.  This Court makes this request to secure production of documents and

23   information from **IDEX** which resides in the jurisdiction of Norway, and this Court confirms that this

24   is proper and necessary to request since it relates to AuthenTec's counterclaims and defenses and is

25   necessary for a fair resolution of issues at trial.

26       It is requested that should any portion of this request, or subject questions as described below,

27   be denied on legal grounds, that such denial not affect the remainder of this request.

28

HOWREY LLP | Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**IDEX** - NORWAY
DM_US:20640077_1

6

1    It is requested that any evidence produced be marked, attested, properly sealed by the

2  appropriate authorities of Norway and returned through appropriate channels to the below signed

3  authority

4    Defendant AuthenTec, through counsel Howrey LLP (525 Market Street, Suite 3600, San

5  Francisco, California 91405, United States of America, Telephone: (415) 848-4900), will reimburse

6  the appropriate judicial authorities in Norway, for all costs incurred in executing the below signed

7  judicial authority's request for international judicial assistance.

8    When required, the below signed judicial authority shall provide reciprocal assistance, such as

9  requested herein, to the appropriate judicial authorities of Norway.

10    The United States District Court for the Northern District of California extends the assurance of

11  its highest consideration to the judicial authorities of Norway.

12  Date of Request: _Sept 14_, 2007.

13

14                    By:  _____

15                         HON. ELIZABETH LAPORTE
                             UNITED STATES DISTRICT COURT JUDGE
16                           United States District Court
                             Northern District of California
17                           San Francisco Division
                             Courtroom E, 15th Floor
18                           450 Golden Gate Avenue
                             San Francisco, CA 94102

19

20     [Seal]

21

22

23

24

25

26

27

28

Request for International Judicial Assistance Pursuant to Hague Convention #20
Case No. 06 CV 2138 CW
**IDEX** - NORWAY
DM_US:20640077_1