1
2
3
4
5
6
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| 12  ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation;  ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 06 CV 2138 CW (EDL)<br><br>**ORDER ON DEFENDANT AUTHENTEC'S MOTIONS TO COMPEL AND PLAINTIFF ATMEL'S MOTION TO EXTEND CASE SCHEDULE** |

20

21    This matter comes before the Court on the Motions (Dkt Nos. 90, 92, & 97) of Defendant

22 AuthenTec, Inc. ("AuthenTec") to compel Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel

23 France and Atmel SARL (collectively "Atmel") to produce allegedly privileged documents, to produce

24 documents and witnesses for deposition and to provide complete responses to certain interrogatories

25 and Atmel's Motion (Dkt No. 89) to extend the case schedule. The Court, having reviewed and

26 considered the parties' respective briefing and arguments on the motions and all relevant factual

27 statements therein hereby ORDERS as follows:

28

1. AuthenTec's motion to compel Atmel to produce allegedly privileged documents is DENIED without prejudice.

2. AuthenTec's motion to compel Atmel to provide complete answers to certain interrogatories is GRANTED.  Atmel shall provide full and complete supplemental responses to Interrogatories 2, 3, 7, 8, 9, 10, 12, 14, 15, and 17 by September 25, 2007.  Atmel shall provide supplemental responses to Interrogatories 5 and 16 with the information currently available to them.  Atmel shall provide a full and complete supplemental response to Interrogatory No. 4 two weeks prior to the opening claim construction brief.

With respect to Interrogatory No. 2, Atmel shall provide a declaration from someone knowledgeable about all the search efforts to confirm whether or not the interrogatory response is accurate, and detailing efforts that were undertaken to confirm whether or not the response is accurate. Atmel shall provide the declaration by September 25, 2007.

With regard to Interrogatory No. 3, Atmel shall amend its response to indicate whether Atmel was aware prior to filing of the patent application of any prior art identified in AuthenTec's invalidity contentions.  Atmel is further ordered to identify, in its amended response, any prior art that Atmel, including the inventor and others working with the inventor, were aware of prior to filing the patent application.  In addition, Atmel shall provide a declaration indicating the steps taken to produce the supplemental response to Interrogatory No. 3 by September 25, 2007.

With respect to Interrogatory No. 7, Atmel shall identify specific agreements that comprise the complete assignment history for the '114 patent and shall also identify the complete assignment history for the '804 patent.  Atmel shall also identify any license agreements.  Atmel shall also provide a declaration regarding what efforts have been made to research the existence of license agreements and to fully respond to Interrogatory No. 7 by September 25, 2007.

With respect to Interrogatory Nos. 8 and 9, Atmel shall provide a declaration explaining in detail the efforts it made to ascertain the information requested in Interrogatories Nos. 8 and 9.  If there were no communications with other competitors, Atmel shall confirm this in the declaration, and describe what steps were taken to verify the facts in the response.  The declaration shall be provided by September 25, 2007.

With respect to Interrogatory No. 10, Atmel shall supplement its response with basic underlying facts, but not mental impressions, of what the products were and how they were investigated.

3. AuthenTec's motion to compel Atmel to produce documents and witnesses for deposition is GRANTED IN PART. Atmel is ordered to produce and to certify that it has produced to AuthenTec all non-privileged documents responsive to the Patent Local Rules and AuthenTec's First, Second, and Third Sets of Requests for Production of Documents by September 25, 2007. The parties shall exchange all translations of French documents that have been obtained by September 25, 2007.

4. Atmel's motion to extend the case schedule is GRANTED. Discovery and the case schedule shall be extended 90 days. The revised case schedule is the following:

| EVENT | DATE |
| --- | --- |
| Fact Discovery Cut-Off | December 21, 2007 |
| Completion of Claim Construction Discovery | January 14, 2008 |
| Claim Construction Opening Brief and Dispositive Motions | January 29, 2008 |
| Claim Construction Responsive Brief and Responses to Dispositive Motions | February 29, 2008 |
| Claim Construction Reply Brief and Reply re Dispositive Motions | March 14, 2008 |
| Claim Construction/Dispositive Sur Reply Brief | March 28, 2008 |
| Claim Construction/Dispositive Motion Hearing and Case Management Conference | May 1, 2008 2:00 p.m. |
| Opening Expert Reports | 21 Days After Claim Construction Ruling |
| Rebuttal Expert Reports | 21 Days After Opening Expert Reports |
| Completion of Expert Discovery | 21 Days After Rebuttal Report |

5. The parties are ordered to schedule and conduct mediation by December 21, 2007.

Case No. 06 CV 2138 CW (EDL)
ORDER RE MOTIONS TO COMPEL
DM_US:20695739_1

-3-

1  IT IS SO ORDERED.

3  DATED: September __28_____, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED / signature: Elizabeth D. Laporte / Judge Elizabeth D. Laporte]*

-4-

Case No.  06 CV 2138 CW (EDL)
ORDER RE MOTIONS TO COMPEL
DM_US:20695739_1