1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                          NORTHERN DISTRICT OF CALIFORNIA
9                                    OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br><br>**[~~PROPOSED~~] ORDER PLACING DOCUMENTS UNDER SEAL** |

Defendant AuthenTec, Inc. filed *Administrative Motion for an Order Placing Documents Under Seal (Civil L.R. 79-5(d))* (Dkt. No. 129) lodging documents that contain information designated by Plaintiffs as highly confidential.  Plaintiffs have filed a declaration establishing that the lodged documents are highly confidential under the Protective Order.

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL)**

LA1 986183v.1

Accordingly, it is ORDERED that the following document be placed under seal:

1. Exhibit 4 to Declaration of Brian A.E. Smith in Support of Defendant AuthenTec's Replies to Plaintiff Atmel's Oppositions to Motion to Compel;

2. Exhibit 5 to Declaration of Brian A.E. Smith in Support of Defendant AuthenTec's Replies to Plaintiff Atmel's Oppositions to Motion to Compel;

3. Exhibit 6 to Declaration of Brian A.E. Smith in Support of Defendant AuthenTec's Replies to Plaintiff Atmel's Oppositions to Motion to Compel; and

4. Exhibit 7 to Declaration of Brian A.E. Smith in Support of Defendant AuthenTec's Replies to Plaintiff Atmel's Oppositions to Motion to Compel.

Dated: October 2, 2007



ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER
C 06-02138 CW (EDL)

2

LA1 986183v.1