UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br><br>**ORDER ON ATMEL'S MOTIONS TO COMPEL** |

This matter comes before the Court on the Motions of Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively "Atmel") to (1) compel production of source code and technical documents in hard copy pursuant to the Scheduling order, Patent Local Rules and February 23, 2007 Order and for evidentiary and monetary sanctions pursuant to Rule 37(b)(2) (Dkt. No. 140); and (2) compel production of financial documents and information (Dkt. No. 142). The Court, having reviewed and considered the parties' respective briefing and argument in this matter and all relevant factual statements therein, hereby ORDERS as follows:

    1.    Atmel's motions to compel are GRANTED-IN-PART as follows:

        a.    Defendant AuthenTec, Inc. ("AuthenTec") shall produce in hard copy format all printable files on the review computer.  Atmel shall bear the cost of such

1   production. The provisions of the Protective Order in this case shall apply to
2   these documents, with the additional requirements for the source code as
3   agreed by the parties: (i) Atmel shall maintain a log of all persons who view
4   the source code; (ii) for any copy made from the hard copy, Atmel shall label
5   the copy with a number and maintain a log of all copies created and of all
6   persons with access to each copy; (iii) the source code, in any format, shall not
7   be distributed via e-mail but only sent via courier; and (iv) at the conclusion of
8   this litigation, all copies of these documents shall be collected and accounted
9   for, and then either returned to AuthenTec or destroyed, at AuthenTec's
10  option.

11  b. AuthenTec shall conduct a reasonable (but not exhaustive) investigation to
12     determine what form the source code as collected in the fall of 2006 is kept
13     and whether the source code is usable. If the source code is not usable, the
14     parties are to meet and confer concerning how to proceed. The provisions of
15     the Protective Order in this case shall apply to these documents, with the
16     additional requirements for the source code as agreed by the parties: (i) Atmel
17     shall maintain a log of all persons who view the source code; (ii) for any copy
18     made from the hard copy, Atmel shall label the copy with a number and
19     maintain a log of all copies created and of all persons with access to each
20     copy; (iii) the source code, in any format, shall not be distributed via e-mail
21     but only sent via courier; and (iv) at the conclusion of this litigation, all copies
22     of these documents shall be collected and accounted for, and then either
23     returned to AuthenTec or destroyed, at AuthenTec's option.

24  c. AuthenTec shall produce all profit and loss statements, if any, that have not
25     been produced. If there are no statements that have not already been
26     produced, AuthenTec shall have the person most knowledgeable certify that
27     such documents have already been produced.

28

**ORDER ON PLAINTIFFS'**
**MOTIONS TO COMPEL**
**C 06-02138 CW (EDL)**

2

        d. AuthenTec shall produce all agreements with its top five customers, if any, that have not been produced. If there are no agreements that have not already been produced, AuthenTec shall have the person most knowledgeable certify that such documents have already been produced.

        e. AuthenTec shall produce all requests for proposals and requests for quotes and responses thereto received from or made to its top five customers, if any, that have not been produced. If there are no requests or responses that have not already been produced, AuthenTec shall have the person most knowledgeable certify that such documents have already been produced.

2. Atmel's motions to compel are DENIED to the extent not granted above.

3. Authentec's motion for administrative relief for leave to file a sur-reply is denied.

Dated: __November 8, 2007_____



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED

**ORDER ON PLAINTIFFS'
MOTIONS TO COMPEL
C 06-02138 CW (EDL)**

3