UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No. C 06-02138 CW (EDL)<br><br>[~~PROPOSED~~] ORDER PLACING DOCUMENTS UNDER SEAL |

Plaintiffs filed *Administrative Motion to File Under Seal* pursuant to Civil L.R. 79-5(b) accompanied by a declaration establishing that the lodged documents are highly confidential under the Protective Order. Accordingly, it is ORDERED that the following documents be placed under seal:

1. *Plaintiffs' Opposition to Defendant's Motion to Compel Atmel's Compliance with Discovery Obligations* (un-redacted version);

[~~PROPOSED~~] ORDER
C 06-02138 CW (EDL)

LA1 1097010v.1

2. Exhibits D, F and H to *Declaration of Olivia M. Kim in Support of Plaintiffs' Opposition to Defendant's Motion to Compel Atmel's Compliance with Discovery Obligations.*

Dated: November 26, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL)**

2

LA1 1097010v.1