IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br> AUTHENTEC INC,<br><br>             Defendant.      / | No. C-06-02138 CW (EDL)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME TO HEAR MOTION TO MODIFY THE DESIGNATION OF ALLEGEDLY HIGHLY CONFIDENTIAL DOCUMENTS** |

On November 21, 2007, Defendant filed a Motion to Shorten Time to its Motion to Modify the Designation of Allegedly Highly Confidential Documents, which was also filed on November 21, 2007. Defendant proposed a shortened hearing date of December 11, 2007. On November 28, 2007, Plaintiff opposed the Motion to Shorten Time.

Good cause appearing, Defendant's Motion to Shorten Time is granted. Plaintiff's opposition to Defendant's Motion to Modify shall be filed no later than midnight on December 3, 2007. Defendant's reply shall be filed no later than midnight on December 5, 2007. A hearing is scheduled for December 11, 2007 at 9:00 a.m.

The Court is mindful of Plaintiff's contention in its opposition to the Motion to Shorten Time that Defendant failed to meet and confer prior to filing the Motion to Modify. If Defendant has not adequately met and conferred as required by Civil Local Rule 1-5(n), it must remedy that failure immediately.

**IT IS SO ORDERED.**

Dated: November 29, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge