| | |
|---|---|
| 1 | Edward G. Poplawski (SBN 113590) |
| | epoplawski@sidley.com |
| 2 | Denise L. McKenzie (SBN 193313) |
| | dmckenzie@sidley.com |
| 3 | Olivia M. Kim (SBN 228382) |
| | okim@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, California 90013-1010 |
| | Telephone: (213) 896-6000 |
| 6 | Facsimile: (213) 896-6600 |
| 7 | Attorneys for Plaintiffs, |
| | ATMEL CORPORATION; ATMEL SWITZERLAND; |
| 8 | ATMEL FRANCE; and ATMEL SARL |
| 9 | Henry C. Bunsow (SBN 60707) |
| | bunsowh@howrey.com |
| 10 | Denise De Mory (SBN 168076) |
| | demoryd@howrey.com |
| 11 | Brian A.E. Smith (SBN 188147) |
| | smithbrian@howrey.com |
| 12 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 13 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 14 | Facsimile: (415) 848-4999 |
| 15 | Attorneys for Defendant |
| | AUTHENTEC, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 06 CV 2138 CW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO:**<br>  **(1) MODIFY THE CASE MANAGEMENT ORDER FOR THE LIMITED PURPOSE OF AMENDING THE COMPLAINT TO ALLEGE LIABILITY UNDER NEWLY DISCOVERED GROUNDS; AND**<br>  **(2) AMEND THE COMPLAINT TO SPECIFICALLY ALLEGE LIABILITY UNDER 35 U.S.C. § 271(f) AND FOR NEWLY DISCLOSED INFRINGING PRODUCTS**<br>==AS MODIFIED== |

HOWREY LLP

Case No. 06 CV 2138 CW
STIPULATION EXTENDING TIME TO FILE OPP TO MOTION
TO AMEND CM ORDER TO AMEND COMPLAINT
DM_US:20926553_1

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated by and between Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France, and Atmel SARL (collectively "Atmel") and Defendant AuthenTec, Inc. ("AuthenTec") that:

(1) AuthenTec shall have a one-day extension to file its opposition to Atmel's pending Motion to Modify the Case Management Order and Amend the Complaint (Dkt. No. 243); thus making AuthenTec's opposition brief due on Friday, December 21, 2007.

(2) The due date for Atmel's reply brief shall change to Friday, December 28, 2007.

This stipulated request is supported by the accompanying declaration of Ethan B. Andelman.

DATED: December 20, 2007          SIDLEY AUSTIN LLP

                                  _/s/ Olivia M. Kim_
                                  Olivia M. Kim, Esq.
                                  Attorneys for Plaintiff
                                  ATMEL CORPORATION, et al.


DATED: December 20, 2007          HOWREY LLP

                                  _/s/ Ethan B. Andelman_
                                  Ethan B. Andelman
                                  Attorneys for Defendant
                                  AUTHENTEC, INC.


IT IS SO ORDERED, **except that reply brief is due at noon.**

*[signature: Claudia Wilken]*

The Honorable Claudia Wilken
United States District Judge

Case No. 06 CV 2138 CW
STIPULATION EXTENDING TIME TO FILE OPP TO MOTION
TO AMEND CM ORDER TO AMEND COMPLAINT
DM_US:20926553_1

1