UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No. C 06-02138 CW (EDL)<br><br>[~~PROPOSED~~] ORDER PLACING DOCUMENT UNDER SEAL |

Defendant AuthenTec, Inc. filed *Administrative Motion for an Order Placing Documents Under Seal (Civil L.R. 79-5(d))* (Dkt. No. 218) lodging a document that contains information designated by Plaintiffs as highly confidential. Plaintiffs have filed a declaration establishing that the lodged document is highly confidential under the Protective Order.

[~~PROPOSED~~] ORDER
C 06-02138 CW (EDL)

LA1 1101480v.1

Accordingly, it is ORDERED that the following document be placed under seal:

1. Defendant AuthenTec's Notice of Motion and Motion to Modify the Designation of Allegedly Highly-Confidential Documents.

Dated: January 7, 2008



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge