UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 06 CV 2138 CW (EDL)<br><br>**[P~~ROPOSED~~] ORDER PLACING DOCUMENTS UNDER SEAL**<br><br>Date: Thursday, January 31, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France, and Atmel SARL ("Atmel") filed on December 21, 2007 an Administrative Motion to File Under Seal (Dkt. No. 271) and lodging documents with the Clerk of Court containing information designated by Defendant AuthenTec as highly confidential. AuthenTec has filed a declaration establishing that the lodged documents are highly confidential under the Protective Order entered in this case.

Accordingly, it is ORDERED that the following documents be placed under seal:

1. Exhibits 18 and 19 to Declaration of Olivia M. Kim in Support of Atmel's Motion for Leave to Take Depositions of Third Party Customers in Excess of the Numerical Limit and Extension of Time to Take Depositions.

DATED: January 7, 2008

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

_____
Claudia Wilken
United States District Judge