1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 06 CV 2138 CW (EDL)<br><br>**[~~PROPOSED~~] ORDER PLACING DOCUMENTS UNDER SEAL**<br><br>Date: Tuesday, January 29, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France, and Atmel SARL ("Atmel") filed on December 20, 2007 an Administrative Motion to File Under Seal (Dkt. No. 266) and lodging documents with the Clerk of Court containing information designated by Defendant AuthenTec as highly confidential. AuthenTec has filed a declaration establishing that the lodged documents are highly confidential under the Protective Order entered in this case.

Accordingly, it is ORDERED that the following documents be placed under seal:

1. Exhibits 2, 12, 13, 16 – 18, and 22 to Declaration of Olivia M. Kim in Support of Atmel's Motion for Additional Time To Complete Depositions of Certain Witnesses of Defendant.

2. The first page of deposition testimony contained in Exhibit 21 to Declaration of Olivia M. Kim in Support of Atmel's Motion for Additional Time To Complete Depositions of Certain Witnesses of Defendant.

DATED: January 7, 2008 _____

Honorable Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*