IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; ATMEL SARL, a corporation, | No. C 06-2138 CW |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' OBJECTION TO THE MAGISTRATE JUDGE'S DISCOVERY ORDER |
| v. | |
| AUTHENTEC, INC., a Delaware corporation, | |
| Defendant. | |

_____/

Plaintiffs have filed an objection and request for de novo review of Magistrate Judge Laporte's December 14 and December 17, 2007 rulings on Defendant's motion to modify the designations of Plaintiffs' highly confidential documents.  Defendant AuthenTec shall, within two weeks of the date of this order, file an opposition to Plaintiffs' objection.  Plaintiffs shall file a reply one week later.  The matter will be taken under submission on the papers.

IT IS SO ORDERED.

Dated: 1/7/08

_____
CLAUDIA WILKEN
United States District Judge