Edward G. Poplawski (SBN 113590)
epoplawski@sidley.com
Denise L. McKenzie (SBN 193313)
dmckenzie@sidley.com
Franklin D. Kang (SBN 192314)
fkang@sidley.com
Olivia M. Kim (SBN 228382)
okim@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No. C 06-02138 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON ATMEL'S MOTION TO COMPEL SIERRA VENTURES' COMPLIANCE WITH SUBPOENA DUCES TECUM**<br><br><u>Hearing</u><br>Date:     Tuesday, February 12, 2008<br>Time:     9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>Judge:    Hon. Elizabeth D. Laporte |

Whereas, Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France, and Atmel SARL (collectively, "Atmel") have filed a Motion to Compel Sierra Ventures' Compliance With Subpoena Duces Tecum ("Motion to Compel"), currently scheduled for hearing before this Court on February 12, 2008, at 9 a.m.;

Whereas, Atmel and Sierra Ventures (collectively "the Parties"), since the filing of the Motion to Compel, have reached an informal resolution of the matter, pending production of certain documents, if any, by Sierra Ventures;

Whereas, the Parties desire to reduce the burden and expense to the parties and to the Court; and

Whereas, it would be in the interests of justice and judicial economy to conserve judicial resources;

NOW, THEREFORE, for good cause, the parties hereby stipulate, subject to the approval of the Court, that:

Atmel's Motion to Compel Sierra Ventures' Compliance With Subpoena Duces Tecum be taken off calendar and be continued until further notice from the parties regarding the status of the parties' informal resolution of this matter.

SO ORDERED: January 28, 2008

Dated:



STIPULATION AND [PROPOSED] ORDER
C 06-02138 CW (EDL)

1

LAI 1125481v.1

| | |
|---|---|
| 1 | |
| 2 | Respectfully Submitted, |
| 3 | |
| | DATED: January 22, 2008    By: *[signature: Franklin D. Kang]* |
| 4 | Edward G. Poplawski |
| 5 | Denise L. McKenzie |
| | Franklin D. Kang |
| 6 | Olivia M. Kim |
| | SIDLEY AUSTIN LLP |
| 7 | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, California 90013-1010 |
| 8 | Telephone: (213) 896-6000 |
| | Facsimile: (213) 896-6600 |
| 9 | |
| 10 | Attorneys for Plaintiffs, |
| | Atmel Corporation; |
| 11 | Atmel Switzerland; |
| | Atmel France; and |
| 12 | Atmel SARL |
| 13 | |
| 14 | |
| | DATED: January 22, 2008    By: *[signature: Angela Dunning]* |
| 15 | Angela Dunning |
| | COOLEY GODWARD KRONISH LLP |
| 16 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 17 | Palo Alto, CA 94306-2155 |
| | Phone: (650) 843-5855 |
| 18 | Fax: (650) 857-0663 |
| 19 | adunning@cooley.com |
| 20 | Attorneys for Respondent, Sierra Ventures |

STIPULATION AND [PROPOSED] ORDER
C 06-02138 CW (EDL)                    2

LA1 1125481v.1