IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, | No. C-06-02138 CW (EDL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE; CONTINUING HEARING DATE ON LEXAR MEDIA'S MOTION TO QUASH** |
| v. | |
| AUTHENTEC INC, | |
| Defendant. | |

After business hours on Friday, January 25, 2008, Plaintiff filed an Administrative Motion to Change Hearing Date seeking to continue the January 30, 2008 hearing on Plaintiff's Motion to Compel Further Depositions, Defendant's Renewed Motion to Compel and Lexar Media's Motion to Quash to February 5, 2008, the date on which Plaintiff's Motion for Leave to Take Depositions of Third Party Customers in Excess of the Numerical Limit is set for hearing. On January 28, 2008, Defendant filed an opposition to Plaintiff's Administrative Motion. Because this Administrative Motion was filed less than ten days prior to the January 30, 2008 hearing, it is denied as untimely. See Civil L.R. 6-1(b) ("Any stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 10 days before the scheduled event.").

The Court's review of the motions set for hearing on January 30, 2008 reveals that Lexar Media's Motion to Quash is related to Plaintiff's Motion to Leave to Take Depositions. Therefore,

//
//

the hearing on the Lexar Media Motion to Quash is continued to February 5, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: January 28, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California