1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ATMEL CORPORATION,                          No. C-06-02138 CW (EDL)

12              Plaintiff,                       **ORDER RE: <u>IN CAMERA</u> REVIEW**

13        v.

14   AUTHENTEC INC,

15              Defendant.

16   _____/

17        On January 30, 2008, the Court issued an Order requiring Plaintiff to lodge for <u>in camera</u>

18   review document number AML034349, which contained one redacted paragraph.  In response, on

19   January 31, 2008, Plaintiff lodged the redacted document along with a declaration from the author of

20   the document, Jean-Francois Mainguet, explaining that the paragraph describes a discussion he had

21   with Michel Guerin, a patent attorney who was involved in the prosecution of the '114 patent.  <u>See</u>

22   <u>In Camera</u> Submission, Ex. B.  Defendant argued in support of its motion to compel production of

23   this document that the analysis contained in the redacted paragraph does not reflect material

24   protected by the attorney-client privilege because Mr. Mainguet testified at his deposition that he

25   conducted an independent review of prior art and information provided by Mr. Guerin.  <u>See, e.g.,</u>

26   Oct. 26, 2007 Deposition of Jean-Francois Mainguet at 296:17-297:8.  Mr. Mainguet's declaration

27   coupled with his deposition support the conclusion that the redacted paragraph contains some

28   privileged information, but not all, given his review of patents.

         Accordingly, Plaintiff shall produce a copy of AML034349 to Defendants with redaction of

the text beginning at "At the time" and ending with "a long time."  The remainder of the paragraph

shall not be redacted.

**IT IS SO ORDERED.**

Dated: February 15, 2008

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California