IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, | No. C-06-02138 CW (EDL) |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF'S RESPONSE TO DEFENDANT'S FEBRUARY 19, 2008 LETTER** |
| v. | |
| AUTHENTEC INC, | |
| Defendant. / | |

The Court has received Defendant's February 19, 2008 letter by facsimile, and requires a response from Plaintiff. Plaintiff shall file a response immediately, but no later than February 20, 2008 at noon. If it has not done so already, Defendant shall e-file the February 19, 2008 letter.

**IT IS SO ORDERED.**

Dated: February 19, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge