IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; ATMEL SARL, a corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>    Defendant.<br>_____/ | No. C 06-2138 CW<br><br>ORDER OVERRULING PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE LAPORTE'S ORDERS ON DEFENDANT'S MOTION TO MODIFY THE DESIGNATIONS OF PLAINTIFF'S HIGHLY CONFIDENTIAL DOCUMENTS |

    Plaintiffs have filed an objection to and request for de novo review of Magistrate Judge Laporte's ruling on Defendant Authentec's motion to modify the designations of Plaintiffs' highly confidential documents.  Defendant opposes the motion.

    Although Plaintiffs request de novo review of Judge Laporte's order, de novo review is only available for the review of a magistrate judge's proposed findings of fact and conclusions of law with regard to a dispositive motion or prisoner petition.  28

1  U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).  However, the motion
2  decided by Judge Laporte was a pretrial matter that does not fall
3  within any of the exceptions listed in 28 U.S.C. § 636(b)(1)(A).
4  The Court may only reconsider this type of order where it has been
5  shown that the order is clearly erroneous or contrary to law.  28
6  U.S.C. § 636(1)(b)(A); Fed. R. Civ. P. 72(a); <u>Grimes v. City &</u>
7  <u>County of San Francisco</u>, 951 F.2d 236, 241 (9th Cir. 1991).  Thus,
8  this Court must affirm Judge Laporte unless "it is left with the
9  definite and firm conviction that a mistake has been committed."
10 <u>Burdick v. Commissioner</u>, 979 F.2d 1369, 1370 (9th Cir. 1992).  The
11 reviewing court may not simply substitute its judgment for that of
12 the deciding court.  <u>Grimes</u>, 951 F.2d at 241.

13      Having considered all of the papers filed by the parties, the
14 Court finds that Judge Laporte's rulings were not clearly erroneous
15 or contrary to law.  Plaintiffs' motion is therefore DENIED (Docket
16 No. 280).

17      IT IS SO ORDERED.

19 Dated: 3/18/08

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

22 cc: EDL

2