1  Edward G. Poplawski (SBN 113590)
   epoplawski@sidley.com
2  Denise L. McKenzie (SBN 193313)
   dmckenzie@sidley.com
3  Olivia M. Kim (SBN 228382)
   okim@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:    (213) 896-6000
6  Facsimile:    (213) 896-6600

7  Attorneys for Plaintiffs,
   ATMEL CORPORATION; ATMEL SWITZERLAND;
8  ATMEL FRANCE; and ATMEL SARL

9
   Henry C. Bunsow (SBN 60707)
10 bunsowh@howrey.com
   Denise De Mory (SBN 168076)
11 demoryd@howrey.com
   Brian A.E. Smith (SBN 188147)
12 smithbrian@howrey.com
   HOWREY LLP
13 525 Market Street, Suite 3600
   San Francisco, California 94105
14 Telephone:    (415) 848-4900
   Facsimile:    (415) 848-4999
15
   Attorneys for Defendant
16 AUTHENTEC, INC.

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    OAKLAND DIVISION

20 ATMEL CORPORATION, a Delaware              Case No. 06 CV 2138 CW
   corporation; ATMEL SWITZERLAND, a
21 corporation;  ATMEL FRANCE, a corporation;
   and ATMEL SARL, a corporation,            **STIPULATION AND [PROPOSED] ORDER
22                                            EXTENDING TIME TO FILE DEFENDANT
                    Plaintiffs,               AUTHENTEC'S REPLY MARKMAN
23                                            BRIEF AND MOTION FOR SUMMARY
            v.                                JUDGMENT OF NONINFRINGEMENT
24                                            AND FOR AN EXCEPTIONAL CASE
   AUTHENTEC, INC., a Delaware corporation,   FINDING**
25
                    Defendant.
26

27

28

HOWREY LLP

Case No.  06 CV 2138 CW
STIPULATION EXTENDING TIME TO FILE REPLY MARKMAN
BRIEF AND MOTION FOR SJ AND EXCEPTIONAL CASE
FINDING
DM_US:20276843_1

1     Due to unforeseeable circumstances, including most significantly illness of counsel, the need

2  for a brief extension of time to file AuthenTec's Reply Markman Brief and Motion For Summary

3  Judgment of Noninfringement and For An Exceptional Case Finding ("AuthenTec's Reply") has

4  arisen.  AuthenTec has requested that Atmel agree to a brief extension of time.  Atmel does not oppose

5  AuthenTec's request for a brief extension of time to file AuthenTec's Reply.

6     IT IS HEREBY STIPULATED by and between Plaintiffs Atmel Corporation, Atmel

7  Switzerland, Atmel France, and Atmel SARL (collectively "Atmel") and Defendant AuthenTec, Inc.

8  ("AuthenTec") that AuthenTec shall have until Monday, April 7, 2008 to file its Reply.

9  DATED:  April 4, 2008

                                    HOWREY LLP
10

11                                  /s/Denise M. De Mory
                                    Denise M. De Mory
12                                  HOWREY LLP
                                    525 Market Street, Suite 3600
13                                  San Francisco CA 94105
                                    Tel: 415-848-4900
14                                  Fax: 415-848-4999

15                                  Attorneys for Defendant

16
   DATED:  April 4, 2008
17                                  SIDLEY AUSTIN LLP

18
                                    /s/Olivia M. Kim
19                                  Olivia M. Kim
                                    SIDLEY AUSTIN LLP
20                                  55 West Fifth Street, Suite 4000
                                    Los Angeles, CA  90013-1010
21                                  Telephone No.:  (213) 896-6000
                                    Facsimile No.:  (213) 896-6600
22
                                    Attorneys for Plaintiff
23

24  IT IS SO ORDERED.

25

26     4/7/08                       _____
                                    The Honorable Claudia Wilken
27                                  United States District Judge

28

**CERTIFICATION BY DENISE M. DE MORY PURSUANT TO GENERAL RULE NO. 45,**

**SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Howrey LLP, counsel for defendant AuthenTec, Inc..  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on April 4, 2008.


                                                                                          */s/Denise M. De Mory*
                                                                                          Denise M. De Mory

Case No.  06 CV 2138 CW
STIPULATION EXTENDING TIME TO FILE REPLY MARKMAN
BRIEF AND MOTION FOR SJ AND EXCEPTIONAL CASE
FINDING
DM_US21135475_1