1  Edward G. Poplawski (SBN 113590)
   epoplawski@sidley.com
2  Denise L. McKenzie (SBN 193313)
   dmckenzie@sidley.com
3  Olivia M. Kim (SBN 228382)
   okim@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:     (213) 896-6000
6  Facsimile:     (213) 896-6600

7  Attorneys for Plaintiffs,
   ATMEL CORPORATION; ATMEL SWITZERLAND;
8  ATMEL FRANCE; and ATMEL SARL

9

   Henry C. Bunsow (SBN 60707)
10 bunsowh@howrey.com
   Denise De Mory (SBN 168076)
11 demoryd@howrey.com
   Brian A.E. Smith (SBN 188147)
12 smithbrian@howrey.com
   HOWREY LLP
13 525 Market Street, Suite 3600
   San Francisco, California 94105
14 Telephone:     (415) 848-4900
   Facsimile:     (415) 848-4999

15

   Attorneys for Defendant
16 AUTHENTEC, INC.

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 ATMEL CORPORATION, a Delaware            ) Case No. 06 CV 2138 CW (EDL)
   corporation; ATMEL SWITZERLAND, a        ) Case No. 07 CV 3331 CW (EDL)
21 corporation;  ATMEL FRANCE, a corporation;)
   and ATMEL SARL, a corporation,           ) **STIPULATION AND [PROPOSED] ORDER**
22                                          ) **CONTINUING HEARING DATE ON**
                  Plaintiffs,               ) **AUTHENTEC'S MOTION FOR**
23                                          ) **SANCTIONS**
          v.                                )
24                                          )
   AUTHENTEC, INC., a Delaware corporation, )
25                                          )
                  Defendant.                )
26 _____  )

27

28

---

Case No.  06 CV 2138 CW
STIPULATION CONTINUING HEARING DATE ON
AUTHENTEC'S MOTION FOR SANCTIONS

DM_US:21140017_1

1   Lead counsel for AuthenTec, Henry Bunsow, is unavailable on April 15, 2008 due to a
2   previously scheduled Markman hearing in another matter.  Accordingly, AuthenTec requested that
3   Atmel agree to continue the hearing on AuthenTec's Motion for Sanctions currently scheduled for
4   Tuesday, April 15, 2008 at 9:00 a.m.  Atmel agrees to AuthenTec's request to continue the hearing.  In
5   consultation with the Court's Clerk, the parties agree that the hearing should occur on April 22, 2008 at
6   9:00 a.m.

7   IT IS HEREBY STIPULATED by and between Plaintiffs Atmel Corporation, Atmel
8   Switzerland, Atmel France, and Atmel SARL (collectively "Atmel") and Defendant AuthenTec, Inc.
9   ("AuthenTec") that the hearing on AuthenTec's Motion for Sanctions is rescheduled to Tuesday, April
10  22, 2008 at 9:00 a.m.

11  DATED:  April 8, 2008

                                    HOWREY LLP

                                    _____/s/ Henry C. Bunsow_____
                                    Henry C. Bunsow
                                    HOWREY LLP
                                    525 Market Street, Suite 3600
                                    San Francisco CA 94105
                                    Tel: 415-848-4900
                                    Fax: 415-848-4999
                                    Attorneys for Defendant

18  DATED:  April 8, 2008

                                    SIDLEY AUSTIN LLP

                                    _____/s/ Olivia M. Kim_____
                                    Olivia M. Kim
                                    SIDLEY AUSTIN LLP
                                    55 West Fifth Street, Suite 4000
                                    Los Angeles, CA  90013-1010
                                    Telephone No.:  (213) 896-6000
                                    Facsimile No.:  (213) 896-6600
                                    Attorneys for Plaintiff

25  IT IS SO ORDERED.
26     Dated:  April 9, 2008

                                    _____
                                    The Honorable Elizabeth D. Laporte
                                    United States Magistrate Judge

*IT IS SO ORDERED — Judge Elizabeth D. Laporte (signature stamp)*