1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                       OAKLAND DIVISION

10 | ATMEL CORPORATION, a Delaware ) | Case No. C 06-02138 CW (EDL)
11 | corporation; ATMEL SWITZERLAND, a )
   | corporation; ATMEL FRANCE, a corporation; ) | **[PROPOSED] ORDER PLACING**
12 | and ATMEL SARL, a corporation, ) | **DOCUMENTS UNDER SEAL**
                                      )
13 |            Plaintiffs,            )
                                      )
14 | v.                                )
                                      )
15 |                                   )
   | AUTHENTEC, INC., a Delaware corporation, )
16 |                                   )
   |            Defendant              )
17 |_____)

18

19   Defendant AuthenTec, Inc. filed *Administrative Motion for an Order Placing Documents*
20 *Under Seal (Civil L.R. 79-5(d))* (Dkt. No. 487) lodging documents that contain information
21 designated by Plaintiffs as highly confidential. Plaintiffs have filed a declaration establishing that
22 the lodged documents are highly confidential under the Protective Order.
23
24
25
26
27
28

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL)**

LA1 1168699v.1

Accordingly, it is ORDERED that the following documents be placed under seal:

1. Un-redacted Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding; and

2. Exhibit 43 attached to Declaration of Denise M. De Mory in Support of Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding.

Dated: 4/29/08

CLAUDIA WILKEN
United States District Judge

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL)**

2