1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT
8                             NORTHERN DISTRICT OF CALIFORNIA
9                                      OAKLAND DIVISION

10 | ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, | Case No.  C 06-02138 CW (EDL)
11 | | 
12 | | **STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF HEARING ON AUTHENTEC'S APPLICATION FOR FEES PURSUANT TO MAY 6, 2008 ORDER (DKT. 580)**
13 |                               Plaintiffs, |
14 | v. |
15 | AUTHENTEC, INC., a Delaware corporation, |
16 |                               Defendant. |

1  WHEREAS, a hearing is presently set for June 10, 2008 on AuthenTec's Application for

2 Fees Pursuant to May 6, 2008 Order (Dkt. 580).

3  WHEREAS, lead counsel for Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel

4 France, and Atmel SARL is unavailable on June 10, 2008, as indicated in the Notice of

5 Unavailability filed with the Court on May 12, 2008 (Dkt. 579).

6  WHEREAS, lead counsel for Defendant AuthenTec, Inc. is unavailable on June 18, 2008 at

7 2 p.m., the only date and time the parties are informed that the Court is available for a hearing on

8 this matter during the remainder of June 2008.

9  WHEREAS, pursuant to this Court's May 6, 2008 Order (Dkt. 578), the Court will notify the

10 parties if the hearing is unnecessary.

11  Therefore, the parties hereby stipulate and respectfully request that the hearing on

12 AuthenTec's Application for Fees Pursuant to May 6, 2008 Order currently set for June 10, 2008 be

13 vacated.  The parties are working with the Court's calendar clerk to set an alternative mutually

14 agreeable date the week of June 30, 2008, and will file a stipulation with the new hearing date by no

15 later than Tuesday, June 10, 2008.

17  **STIPULATED AND AGREED.**

19  DATED: June 6, 2008                     By:   *s/ Franklin D. Kang*

Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

28 **STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF HEARING ON AUTHENTEC'S APPLICATION FOR FEES PURSUANT TO MAY 6, 2008 ORDER (DKT. 580) C 06-02138 CW**     1

1
2
3
4
5  DATED: June 6, 2008                             By:   *s/ Denise De Mory*
6                                                       Henry C. Bunsow
                                                        Denise De Mory
7                                                       Brian A.E. Smith
                                                        HOWREY LLP
8                                                       525 Market Street, Suite 3600
                                                        San Francisco, California 94105
9                                                       Telephone: (415) 848-4900
                                                        Facsimile: (415) 848-4999
10
11                                                      Attorneys for Defendant
                                                        AuthenTec, Inc.
12
13
14        **IT IS SO ORDERED.**
15
16        DATED: ___June 9, 2008_____     _____
                                                        Elizabeth D. Laporte
17                                                      United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]

18
19
20
21
22
23
24
25
26
27
28  STIPULATION AND [PROPOSED] ORDER REGARDING         2
    DATE OF HEARING ON AUTHENTEC'S APPLICATION
    FOR FEES PURSUANT TO MAY 6, 2008 ORDER (DKT. 580)
    C 06-02138 CW

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010. I hereby certify that on June 6, 2008, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

(1) **STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF HEARING ON AUTHENTEC'S APPLICATION FOR FEES PURSUANT TO MAY 6, 2008 ORDER (DKT. 580)**

I declare that I am employed in the office of a member of the bar of this court on whose direction the service was made.

Executed on June 6, 2008, at Los Angeles, California.

*/s/ Adriana Serrano*
Adriana Serrano

STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF HEARING ON AUTHENTEC'S APPLICATION FOR FEES PURSUANT TO MAY 6, 2008 ORDER (DKT. 580)
C 06-02138 CW

1