1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C 06-02138 CW (EDL) and  (related action)<br><br>**STATUS REPORT, STIPULATION EXTENDING TIME AND ORDER EXTENDING TIME** |

**STIPULATION AND [PROPOSED] ORDER**

1  On July 14, 2008, the parties to the above-captioned matters informed this Court that they had reached a settlement in principle. On July 29, 2008, this Court entered an Order setting a thirty-five (35) day deadline to finalize the settlement. The parties have been working toward finalizing the settlement. The parties' current understanding is that only minor details remain to be resolved, and it is anticipated that a settlement agreement will be executed shortly. The settlement agreement provides that a final stipulated dismissal would be filed with the Court three (3) business days after a certain event occurring up to ten (10) business days after execution of the agreement. In view of the foregoing, the parties agree that the thirty-five day (35) period set in the July 29, 2008 Order should be extended to accommodate final resolution of the remaining issues and extended to include the thirteen-business-day contingency period set forth in the settlement agreement. Therefore, it is hereby stipulated and agreed between the parties:

1. That the thirty-five day time period set forth in paragraph 2 of the Court's July 29, 2008 Order shall be extended by fifteen (15) business days from the date of this Stipulation.

**STIPULATED AND AGREED.**

DATED: September 2, 2008    By:   *s/ Edward G. Poplawski*

Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

**STIPULATION AND [PROPOSED] ORDER**                    1

DATED:  September 2, 2008         By:   *s/ Denise M. De Mory*

                                          Henry C. Bunsow
                                          Denise De Mory
                                          Brian A.E. Smith
                                          HOWREY LLP
                                          525 Market Street, Suite 3600
                                          San Francisco, California 94105
                                          Telephone: (415) 848-4900
                                          Facsimile: (415) 848-4999

                                          Attorneys for Defendant
                                          AuthenTec, Inc.

**IT IS SO ORDERED.**

DATED: 9/10/08

_____
United States District Judge