1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA

9              OAKLAND DIVISION

10

ATMEL CORPORATION, a Delaware            Case Nos.  C 06-02138 CW (EDL) &
11  corporation; ATMEL SWITZERLAND, a                  C 07-03331 CW
corporation; ATMEL FRANCE, a corporation;
12  and ATMEL SARL, a corporation,

13                Plaintiffs,          **JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE**

14  v.

15  AUTHENTEC, INC., a Delaware corporation,

16
                Defendant.
17

18  _____

AUTHENTEC, INC., a Delaware corporation,
19
                Plaintiff,
20
21  v.

22  ATMEL CORPORATION, a Delaware
corporation; ATMEL SWITZERLAND, a
23  corporation; ATMEL FRANCE, a corporation;
and ATMEL SARL, a corporation,
24
25                Defendant.

26
27
28

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above

2    captioned matters, Atmel Corporation, Atmel Switzerland, Atmel France, and ATMEL SARL

3    (collectively, "Atmel"), and AuthenTec, Inc. ("AuthenTec"):

4         1.    All claims and counterclaims in asserted in Case No.  C 06-02138 CW (EDL) are

5    hereby dismissed with prejudice.

6         2.    All claims and counterclaims asserted in Case No. C 07-03331 CW, originally

7    captioned *AuthenTec, Inc. v. Atmel Corporation, Atmel Switzerland, Atmel France, Atmel SARL*,

8    Civil Action No. 6:07-cv-734-Orl-28UAM in United States District Court for the Middle District of

9    Florida, are hereby dismissed with prejudice.

10        3.    Each party shall bear its own costs and expenses.

11   STIPULATED AND AGREED.

12   DATED:  September 18, 2008                    By:    */s/ Edward G. Poplawski*

13                                                       Edward G. Poplawski
                                                         Denise L. McKenzie

14                                                       Olivia M. Kim
                                                         SIDLEY AUSTIN LLP

15                                                       555 West Fifth Street, Suite 4000
                                                         Los Angeles, California 90013-1010

16                                                       Telephone: (213) 896-6000
                                                         Facsimile: (213) 896-6600

17

18                                                       Attorneys for Plaintiffs
                                                         Atmel Corporation;

19                                                       Atmel Switzerland;
                                                         Atmel France; and

20                                                       Atmel SARL

21   DATED:  September ___, 2008                   By:    */s/ Denise M. De Mory*

22                                                       Henry C. Bunsow
                                                         Denise De Mory

23                                                       Brian A.E. Smith
                                                         HOWREY LLP

24                                                       525 Market Street, Suite 3600
                                                         San Francisco, California 94105

25                                                       Telephone: (415) 848-4900
                                                         Facsimile: (415) 848-4999

26

27                                                       Attorneys for Defendant
                                                         AuthenTec, Inc.

28

1

2

3

4

5

6

7        UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA

9        OAKLAND DIVISION

10

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, | Case Nos.  C 06-02138 CW (EDL) & C 07-03331 CW |
| Plaintiffs, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| AUTHENTEC, INC., a Delaware corporation, | |
| Defendant. | |
| AUTHENTEC, INC., a Delaware corporation, | |
| Plaintiff, | |
| v. | |
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, | |
| Defendant. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Fed. R. Civ. P. 41(a)(1), and as a result of an agreement reached between the

2    parties to the above-captioned actions, Atmel Corporation, Atmel Switzerland, Atmel France, and

3    ATMEL SARL (collectively, "Atmel"), and AuthenTec, Inc. ("AuthenTec"), IT IS HEREBY

4    ORDERED, ADJUDGE AND DECREED as follows:

5    All claims and counterclaims in asserted in Case No.  C 06-02138 CW (EDL) are hereby

6    dismissed with prejudice.

7    2.    All claims and counterclaims asserted in Case No. C 07-03331 CW, originally

8    captioned *AuthenTec, Inc. v. Atmel Corporation, Atmel Switzerland, Atmel France, Atmel SARL*,

9    Civil Action No. 6:07-cv-734-Orl-28UAM in United States District Court for the Middle District of

10   Florida, are hereby dismissed with prejudice.

11   3.    Each party shall bear its own costs and expenses.

12   4.    The clerk is directed to close the files in the above-captioned matters.

13

14   **IT IS SO ORDERED.**

15   Dated:  September ____, 2008

16   _____
     Hon. Claudia Wilken
     Judge, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28